**HOGAN THOMPSON SCHUELKE**
— LLP —

May 19, 2025

*Via Email <jmullins@mcginnislaw.com>*
Jordan Mullins
McGinnis Lochridge
1111 W. 6th St., Bldg. B, Ste. 400
Austin, Texas 78703

*Via Email < msheppard@crainandsheppard.com>*
Michael A. Sheppard
Crain & Sheppard
106 S. Gonzales Street
PO Box 427
Cuero, Texas 77954

*Via Email < djones@beckredden.com>*
David Jones
Beck Redden LLP
1221 McKinney St., Suite 4500
Houston, Texas 77010

    **Re:**    *Cheapside Minerals, Ltd., et al. v. Devon Energy Production Company, L.P. f/k/a GeoSouthern DeWitt Properties, LLC, et al.*, in the United States District Court for the Southern District of Texas (the "Lawsuit")

Counsel:

    This letter will memorialize the parties' agreement to amend the Parties' Mediation Settlement Agreement dated November 21, 2024 (the "Agreement") in the Lawsuit as set out below. Section 9 of the Agreement states:

    9. The parties shall enter an agreed stay and standstill agreement with respect to the Lawsuit and the *Hesse*,[1] *Glenventure*,[2] and *O'Connor*[3] lawsuits so that the parties

---

[1] *Williams et al. v. Devon Energy Production Co., L.P. et al.*, Cause No. 23-062-DCCV-00043, in the 135th Judicial District Court, DeWitt County, Texas.

[2] *Glenventure Farms, Inc. et al. v. Devon Energy Production Co., L.P. et al.*, Cause No. 23-062-DCCV-00090, in the 24th Judicial District Court, DeWitt County, Texas.

[3] *Martin O'Connor Cattle Co., Inc. v. Devon Energy Production Co., L.P. et al.*, Cause No. 23-062-DCCV-00091, in the 135th Judicial District Court, DeWitt County, Texas.

May 19, 2025
Page 2

may focus on finalizing the settlement of the Lawsuit without having to comply with various litigation deadlines in those cases. . . . The parties agree that for a period of 120 days from entry of the agreed stay, the stay or abatement shall not toll, cancel, or nullify the accrual of any interest owed, whether under the lease or otherwise, on underpaid or delinquent royalties, and with respect to such 120-day period, Defendants agree they will not assert any defense or claim that Plaintiffs' are not entitled to interest owed, under the lease or otherwise, on underpaid or delinquent royalties on the basis that the case was stayed or abated. After such 120-day period, the parties agree that no additional interest, whether under the lease or otherwise, shall accrue unless and until such stay is lifted.

The parties have agreed to amend this section so that each "120" that appears in Section 9 shall be deleted and replaced with "300."

Please sign in the space provided below to indicate your clients' agreement.

Sincerely,

_/s/ Christopher M. Hogan_
Christopher M. Hogan
Counsel for Devon Energy
Production Company, L.P. and
GeoSouthern Energy Corporation

AGREED:

Jordan Mullins on behalf of Plaintiffs

_/s/ David W. Jones_
David Jones on behalf of Defendants BHP Billiton
Petroleum Properties (N.A.), LP and Petrohawk
Energy Corporation